No. 602, Misc. NEELY v. UNITED STATES, 396 U. S. 917, 1031. Motion for leave to file second petition for rehearing denied.

No. 744, Misc. BIRBECK v. CALIFORNIA, 396 U. S. 970. Motion for leave to file petition for rehearing denied.

MARCH 2, 1970

No. 18, Orig. ILLINOIS v. MISSOURI. Report of Special Master received and ordered filed. Exceptions, if any, with supporting briefs may be filed on or before June 1, 1970. Reply briefs, if any, to such exceptions may be filed on or before July 15, 1970. [For earlier orders herein, see, e. g., 386 U. S. 902.]

No. 18, Misc. FUNICELLO v. NEW JERSEY. Sup. Ct. N. J. Motion to dismiss petition for writ of certiorari as to deceased petitioner Forcella granted. *Jack Greenberg, James M. Nabrit III, Michael Meltsner, Norman C. Amaker, Anthony Amsterdam, Richard Newman,* and *Gerald T. Foley, Jr.,* on the motion.

No. 1517, Misc. DENNIS v. WAINWRIGHT, CORRECTIONS DIRECTOR; and
No. 1518, Misc. DINKINS v. BLACKWELL, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 788. BLOUNT, POSTMASTER GENERAL, ET AL. v. RIZZI, DBA MAIL BOX. Appeal from D. C. C. D. Cal. Probable jurisdiction noted. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *David Nelson* for appellants. *Stanley Fleishman* for appellee.